UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHEENA BAILEY** **O/B/O M.J.B.**, | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-5073** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "A" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying M.J.B.'s Supplemental Security Income Benefits is **REVERSED** and **REMANDED** for the ALJ to clarify his opinion and to gather additional evidence in the area of interacting and relating to others as necessary to demonstrate the effect that his medication and treating doctors are having.

New Orleans, Louisiana this   6th   day of   February  , 2017

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE